IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CYNTHIA BATIZ-MORALES, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants | CIVIL NO. 07-1288 (JP) |

**FINAL JUDGMENT**

The Court has before it the parties' settlement agreement **(No. 38)**. Pursuant thereto, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint and all claims asserted therein, and incorporates the settlement agreement into this Judgment. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of January, 2009.

                                    s/Jaime Pieras, Jr.
                                    JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE